UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 99-0059-01L

EDWARD ANTONE

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Edward Antone, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law.

EDWARD ANTONE,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney, Kenneth Madden, AUSA and Kristin Mattias, USPO on February 21, 2008

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 99-0059-01L

EDWARD ANTONE

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

Mr. Antone entered a guilty plea to a two count indictment on September 28, 1999. He was sentenced to 120 months incarceration on December 22, 1999. Mr. Antone was assigned a total offense level of 27 with a criminal history category V. His guideline range was 120 to 150 months of incarceration. The court sentenced him to the low end of that range.

On November 1, 2007, the United States Sentencing Commission reduced the guidelines for crack cocaine offenses by two levels. Calculated under the post November 2007 guidelines Mr. Antone would have a total offense level of 25. His advisory guideline range would be 100 to 125 months.

According to the Bureau of Prisons, Mr. Antone is presently scheduled for release in September 2008. Assuming a sentence reduction was granted by the Court, Mr. Antone is eligible for immediate release. For these reasons the Court should grant this motion and reduce Mr. Antone's sentence to 100 months incarceration.

EDWARD ANTONE,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Mary_McElroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney, Kenneth Madden AUSA and Kristin Mattias, United States Probation Officer on February 21, 2008.

/s/ Mary S. McElroy