UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 99-0059-01L

EDWARD ANTONE

MOTION FOR ENFORCEMENT OF STIPULATION AND REQUEST FOR EMERGENCY HEARING

NOW comes the defendant, Edward Antone, and moves that this Honorable Court enforce the stipulation entered into by him and the government. The government has agreed to a reduction of is sentence pursuant to 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. The government has further agreed that this reduction would be effective on March 3, 2008. In consideration of this stipulation Mr. Antone had waived his right to a hearing under 18 U.S.C. 3582(c)(2) and *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007). In further consideration of the government's stipulation, Mr. Antone waived his right to personally appear for any hearing. Mr. Antone is requesting that he court enforce the agreed upon date in the attached stipulation and order a reduction of his sentence on March 3, 2008.

Mr. Antone also requests that the government be ordered to file an expedited response to this motion since the effective date of this stipulation is March 3, 2008 and the government agreed to the stipulation in this case. Mr. Antone requests that this motion be heard immediately.

EDWARD ANTONE,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
mary_mcelroy@fd.org

## CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney, Kenneth Madden, AUSA and Kristin Mattias, USPO on February 29, 2008

/s/ Mary S. McElroy