# UNITED STATES DISTRICT COURT

for the

District of RHODE ISLAND

United States of America
v.
EDWARD ANTONE

Case No: CR 99-59L
USM No: 04726-070

Date of Previous Judgment: December 30, 1999
(Use Date of Last Amended Judgment if Applicable)

MARY S. MCELROY, ESQUIRE
Defendant's Attorney

**AMENDED** **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of X the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

❒ DENIED. X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 120 months **is reduced to** 100 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 120 to 150 months | Amended Guideline Range: | 100 to 125 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the

❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 12/30/99 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3/5/08

Ronald R. Lagueux
Judge's signature

Effective Date: ____________
(if different from order date)

Senior District Judge Ronald R. Lagueux
Printed name and title